NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000589
22-JUN-2015
12:10 PM

NO. CAAP-14-0000589

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER
POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2004
ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WHQ1,
Plaintiff-Appellee,
v.
FRANKLIN PAUL EMBERNATE, LEILANI PAULINE EMBERNATE,
Defendants-Appellants
and
JOHN and MARY DOES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-496K)


ORDER RESCINDING SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding J., Fujise and Reifurth, JJ.)

        Whereas, due to an administrative error related to the
identification of the merit panel,

IT IS HEREBY ORDERED that the Summary Disposition Order entered herein on May 27, 2015 is rescinded.

DATED: Honolulu, Hawaiʻi, June 22, 2015.

Presiding Judge

Associate Judge

Associate Judge